**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 13 2019
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Caleb Wood : 96821

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Stephens County Jail.

**1:19-CV-5621**

(Enter above the full name of the defendant(s).)

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): ______________________

Defendant(s): ______________________

2. Court (name the district):

______________________

3. Docket Number: ______________________

**I. Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: ____________________

5. Did the previous case involve the same facts?

Yes ( ) No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
____________________
____________________

7. Approximate date of filing lawsuit: ____________________

8. Approximate date of disposition: ____________________

**II. Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: Stephens County Jail

B. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes (✓) No ( )

D. If your answer is YES:

1. What steps did you take and what were the results?
I included all information and people involved as best and true as possible and included relief requested. No Response As of 12.8.19

Results: There was not enough characters to write whole grievance on their system.

2. If your answer is NO, explain why not: ____________________
____________________
____________________

**III. Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Caleb D. Wood

Address(es): [redacted] Caleb Wood - 96821
% Smart Communications - Stephens County Jail
2020 Howell Mill Rd. Suite D#357
Atlanta GA, 30318

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Stephens County Jail
Lt. Wise

Employed as County Jail Lt.

at Stephens County, GA

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12·1·19 C/o McKim Came to my Cell F-15 at approx 10:30 AM. He told me Lt. Wise told Him to come and have me pack my things I was being moved. I asked McKim why and He replied "I do not know". He then stated that Lt. Wise gave Him no reasoning He was just told to come get me and move me to H Pod. I then Said you Cannot put me over in H Pod with the Sex Offenders. Due to incarceration past I absolutly cannot be around Sex offenders. So the Lt. Wise places me over there anyway

**IV. Statement of Claim (Cont'd)**

until C/o McKim talked to Him on my behalf. I Was told nothing on why I was moved until I myself Wrote Lt. Wise on the Kiosk. He told me due to me or my cellmate having problems I was going to be moved pods until I threatened that if I was put with the baby rape'ers I'll Smash them. So He placed me on Admin. Seg. for the Safety of other inmates. I have been in Stephens County Jail for 56 days and have had No Problems nor been a problem. There was no investigation of claims my cell mate Dustin Attison made up Some thing on the Kiosk and had me moved? Why not move Him? Any way So because I get woke up and given no reason at the time of why I am being moved and am upset I get locked down/Administrative Segregation. Again there was no asking other inmates no investigation, nothing. Just moving me out the pod which I got along with everyone. C/o McKim was only doing his job this complaint is on Lt. Wise and there being No Investigation. And on there Grievance Process.

**V. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I wish to be Kept away from Dustin Attison, taken off Admin. Seg, Moved back into F-Pod or at least be allowed a chance to be a inmate worker and show compliance and good behavior. I wish for the Grievance process here at this Stephens County Jail to be on paper insted of only allowed 500 characters typed on a Kiosk. I Want there to be a investigation process when Someone tries to lie on Someone or get Someone moved out of a pod.

**V. Relief (Cont'd)**

Signed this 8th day of December, 2019.

Calle Wood
Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Stephens

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** 8-12-19
(Date)

Calle Wood
Signature of Plaintiff