1:19-CV-5621

# CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE ____________________ DIVISION Atlanta

MAG. JUDGE ____________________ IFP yes FEE no

DATE FILED 12/13/19 PREVIOUS CASES no

NAME Caleb Wood ID # 96821

PRO SE yes ATTORNEY ____________________

PLACE OF INCARCERATION Stephens County Jail

CITY Atlanta STATE GA COUNTY Fulton/Stephens?

| JURISD | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___28:2254 | Habeas action by a STATE prisoner challenging state convictions or sentence. |
| 3 | 535 | ___28:2254d | Habeas action by a STATE prisoner under a DEATH sentence. _____SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___28:2241st | Habeas action by a STATE prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 2 | 530 | ___28:2241fd | Habeas action by a FEDERAL prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.) |
| 3 | 550 | ___42:1983pr | STATE or FEDERAL prisoner civil rights action suing State officials not involving prison conditions. A/K/A BIVENS action. |
| 2 | 550 | ___28:1331pr | Prisoner civil rights action suing Federal officials **not** Involving prison conditions. A/K/A BIVENS action. |
| 3 | 555 | ___42:1983pr | STATE prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___28:1331pr | Prisoner civil rights action suing Federal officials Involving prison conditions. A/K/A Bivens action. |
| 2 | 540 | ___28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ______ | OTHER: ____________________ |

______ DOCKET CLERK: Place cover sheet on top of docket sheet and file. FORWARD to Magistrate Judge Assigned for IFP and/or frivolity determinations.

______ STAFF LAW CLERK:

____Pauper's affidavit insufficient or no affidavit

____Complaint or petition not signed or is incomplete

____No copies

____Other: ____________________

CAP
JFK
550
42:1983pr

Caleb Wood · 96821
Smart Communications - Stephens County Jail
2020 Howell Mill Rd. Suite D#357
Atlanta GA, 30318

ATLANTA METRO 300
11 DEC 2019 AM 11 L

CLEARED
DEC 13 2019
U.S. Marshals
Atlanta, Ga.

FOREVER / USA

Clerk, U.S. District Court
Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361

30303$3361 C039